FOR OFFICIAL USE ONLY - PRIVACY ACT

DEPARTMENT OF MILITARY AFFAIRS
STATE OF ILLINOIS
1301 North MacArthur Boulevard
Springfield, Illinois  62702-2317

ORDERS 083-042                                    23 March 2016

MUELLER DAVID S       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 SGT  CO A 2-130 INF (BCT)
(PMCA0-F3D) 802 W MAIN STREET          W FRANKFORT, IL       62896

You are ordered to Full Time National Guard Duty - Operational Support
(FTNGD-OS)
for the period shown plus allowable travel time.  Upon completion of the
period of
FTNGD-OS unless sooner released or extended by proper authority, you will
return to
the place where you entered FTNGD-OS and be released from such duty.

Period (PCS) : 09 May 2016        - 30 September 2016
Report to: Romeoville, IL 60446
Reporting time/date: 0800
Purpose: CD support IAW 32 USC 112
Additional instructions:
    (a) Travel by government/commercial transportation is authorized.
        Reimbursement for travel performed at personal expense will be in
        accordance with Joint Federal Travel Regulations.  Travel by
privately
        owned conveyance will be governed by constructive travel
limitations
        of the JFTR.  Official travel arrangements purchased through a
commercial
        travel agency not under Government Contract must be approved prior
to TDY.
    (b) Government quarters and rations are not available.
    (c) SM is medically qualified to perform duty requested and has no pre-
existing
        medical condition. If cardiovascular screened-was cleared by State
Surgeon.
    (d) This duty is approved subject to availability of funds.
    (e) Travel of dependents is not authorized.
    (f) This is a PAY ORDER ONLY.  Travel Authorization and voucher must be
        completed in Defense Travel System (DTS).  NLT 5 days after
performance
        of duty the Soldier must complete the DTS voucher.  Upload a copy
        of this order into your DTS authorization under the Expenses-
Substantiating
        Records Tab.
    (g) Airline tickets must be purchased with your Citi Bank Gov't Travel
        Card through the Commercial Transportation Office (SATO).  Complete
a
        DMAIL 166 and forward through the USPFO for Illinois Transportation
Office.



Reimbursement for airline tickets purchased by any other means is not authorized.

(h) Full-time National Guard Duty for COunterdrug (FTNG-CD)

FOR ARMY USE
Auth: Title 32 USC Subsection 112, 502 (F)
HOR: 12533 S 73RD AVE          PALOS HEIGHTS    IL60463
APC DJMS-RC: B6E40D  TDC 40D STATE PLANS, TPU

FOR OFFICIAL USE ONLY - PRIVACY ACT

ORDERS  083-042  HQ IL NG, OTAG,  23 March 2016
APC STANFINS Pay:  EJ5U   APC STANFINS Travel: EJ5U
Acct clas:
 Enl pay/alw: 2162060 18-1011 P1M31.1200-1198/1199/1210/1250 S11115  J30
PMCA0
 Enl tvl/pd:  2162060 18-1011 P1M31.1200-21P4              S11115  J30
PMCA0
 Enl Shp:     2162060 18-1011 P1M31.1200-22NL              S11115  J30
PMCA0
   SRN:  MUE0815083042*  JON/CCC: EJ5U37/37EJ5U  Cost Estimate: $
26,532
PEBD: 090429
Federal WE: M00
State tax code: IL
Marital status / Number of dependents: M01
Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: NONE
Format: 282

FOR THE GOVERNOR:

```
\\\\\\\\\\\\////////////
\\      HQ,  ILARNG     //
\\         OFFICIAL     //
\\\\\\\\\\\\////////////
```
RICHARD J. HAYES, JR.
Major General, ILARNG
The Adjutant General

DISTRIBUTION:
M

FOR OFFICIAL USE ONLY - PRIVACY ACT